**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SHERRELL HARRIS-ALDRIDGE** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00225-KGB-JTK**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court is defendant Commissioner of the Social Security Administration's unopposed motions to remand for further administrative proceedings and motion for entry of judgment (Dkt. Nos. 16; 19). Upon examination of the merits of this case, the Court denies as moot the first motion to remand (Dkt. No. 16), grants the second unopposed motion to remand (Dkt. No. 19), and reverses and remands this case to the Commissioner pursuant to sentence four of the Social Security Act, 42 U.S.C.§405(g).

It is so ordered this 2nd day of November, 2026.

Kristine G. Baker
Chief United States District Judge