**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**SHERRELL HARRIS-ALDRIDGE** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00225-KGB-JTK**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

It is so adjudged this 2nd day of November, 2026.

Kristine G. Baker
Chief United States District Judge